# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN, | 1:09-cv-02029-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| G. CLARK, et al., | (ECF No. 17) |
| Defendants. | |

_____/

Plaintiff Whittier Buchanan ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending dismissal of certain of Plaintiff's claims and defendants. (ECF No. 17.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 22, 2011, are adopted in full;

2. Plaintiff is permitted to proceed on his Eighth Amendment claim that Defendants Clark and Erickson used excessive force; and

3. All of Plaintiff's remaining claims are DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   February 2, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE