UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN,<br><br>           Plaintiff,<br><br>      v.<br><br>G. CLARK, et al.,<br><br>           Defendants.<br>_____/ | 1:09-cv-02029-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(ECF Nos. 22 & 26) |

   Plaintiff Whittier Buchanan ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 14, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending that Defendant Clark's motion to revoke Plaintiff's in forma pauperis status be denied. (ECF No. 26.) The parties have not filed objections to the Findings and Recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 14, 2012, are adopted in full; and

2. Defendant Clark's motion to revoke Plaintiff's in forma pauperis status (ECF No. 22) is DENIED.

IT IS SO ORDERED.

Dated:   **August 21, 2012**                              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE