UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITTIER BUCHANAN, | 1:09-cv-02029-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS, AND DISMISSING PLAINTIFF'S ACTION |
| v. | |
| G. CLARK, et al., | |
| Defendants. | (ECF Nos. 27 & 34) |

Plaintiff Whittier Buchanan ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 27, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending that Defendant Clark's motion to revoke Plaintiff's in forma pauperis status be granted and Plaintiff's action be dismissed if he failed to pay the filing fee. (ECF No. 34.) Plaintiff has not paid the filing fee. Plaintiff has filed objections to the Findings and Recommendations. (ECF No. 35.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 27, 2012, are adopted in full;
2. Defendant Clark's motion to revoke Plaintiff's in forma pauperis status (ECF No. 27) is GRANTED;
3. Plaintiff's action is DISMISSED; and
4. Clerk shall CLOSE the case.

IT IS SO ORDERED.

Dated:   **February 13, 2013**           /s/  Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE